942 A.2d 893

**Rudis MOREIRA, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 170 EM 2007.**

Supreme Court of Pennsylvania.

Feb. 13, 2008.

## ORDER

PER CURIAM.

AND NOW, this 13th day of February, 2008, the Application for Leave to File Original Process is granted. The Petition for Writ of Mandamus and/or Extraordinary Relief is denied without prejudice to file a request for expedited disposition of the pending motions with the Philadelphia County Common Pleas Court.